AO 450 (Rev.5/85) Judgment in a Civil Case

# United States District Court

Central Division for the District of Utah

FILED
US DISTRICT COURT
2009 SEP 17 P 4: 23
DISTRICT OF UTAH
BY: _____
DEPUTY CLERK

Equal Employment Opportunity
Commission and Walter Watson
(Intervenor Plaintiff)

v.

C.R. England, Inc

**JUDGMENT IN A CIVIL CASE**

Case Number: 2:06 cv 811 BSJ

This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED


That judgment be entered in favor of the defendant and both plaintiff's and intervenor plaintiff's causes of action are dismissed.


September 17, 2009
*Date*

D. Mark Jones
*Clerk of Court*

_____
*(By) Deputy Clerk*